# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNC SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> T D MANUFACTURING, INC., DENNIS TRUONG, AND DOES 1-10, <br><br> Defendants. | Case No.: SACV 8:19-cv-1444-JLS-JDE <br><br> **CERTIFICATION AND ORDER TO SHOW CAUSE RE: CONTEMPT AND MONETARY SANCTIONS AGAINST DEFENDANTS TD MANUFACTURING, INC. AND DENNIS TRUONG** |

    Plaintiff and Judgment Creditor CNC Software, Inc. seeks an Order to Show Cause re: Contempt and Monetary Sanctions against Defendants TD Manufacturing, Inc. and Dennis Truong's failure to appear for a Judgment Debtor Examination on October 28, 2021.

    In accordance with 28 U.S.C. section 636(e), the Magistrate Judge certifies the following facts:

    1.    On April 07, 2020, the Court issued a Judgment in favor of Plaintiff and against Defendant, in the amount of $347,521.41 (Docket 24).

    2.    On September 29, 2021, Plaintiff filed an Application for Appearance and Examination re Enforcement of Judgment seeking an order that Dennis Truong and

TD Manufacturing, Inc. appear before the Magistrate Judge for a Judgment Debtor Examination (Docket 26).

3. On September 29, 2021, the Magistrate Judge issued an Order to Appear for Examination re Enforcement of Judgment ("Order to Appear"), requiring Dennis Truong and TD Manufacturing, Inc. to appear before the Magistrate Judge on October 28, 2021, in Courtroom 6A of the United States District Court, located at 411 W. Fourth Street, Santa Ana, California 92701, at 10:00 a.m. for a Judgment Debtor Examination (Docket 28).

4. On October 15, 2021, Plaintiff filed a Proof of Service reflecting Personal Service on TD Manufacturing, Inc. (Docket 30) and Dennis Truong (Docket 31) of the Order to Appear on October 28, 2021.

5. Dennis Truong and DT Manufacturing did not appear for examination on October 28, 2021 at 10:00 a.m.

IT IS SO CERTIFIED.

## ORDER TO SHOW CAUSE

Dennis Truong IS HEREBY ORDERED TO PERSONALLY APPEAR on December 9, 2021 at 10:00 a.m., in Courtroom 6A of the United State District Court for the Central District of California, located at 411 W. Fourth Street, Santa Ana, CA 92701, before United States Magistrate Judge John D. Early, to show cause why Defendants Dennis Truong and TD Manufacturing, Inc. should not be held in contempt of Court for failure to comply with this Court's Order to Appear, and why monetary sanctions should not be imposed for Court Reporter costs ordered by Plaintiff, and Plaintiff's reasonable attorney's fees for appearing at the examination. At the show cause hearing, Dennis Truong and TD Manufacturing, Inc. may be summarily referred to the presiding District Judge to show cause why they should not be held in contempt.

///

///

Plaintiff shall promptly serve this Order by personal service on Dennis Truong and TD Manufacturing, Inc. and provide proof of such service by December 2, 2021.

**IT IS SO ORDERED.**

Dated: NOVEMBER 08, 2021

_____
JOHN D. EARLY
United States Magistrate Judge