# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNC SOFTWARE, INC., | ) Case No.: 8:19-cv-1444-JLS-JDE |
| Plaintiff, | ) |
| v. | ) **AMENDED JUDGMENT** |
| T D MANUFACTURING, INC., DENNIS TRUONG, AND DOES 1-10, | ) |
| Defendants. | ) |

-2-

The Court having read and considered the Motion for Default Judgment Against Defendants T D Manufacturing, Inc. ("TDM") and Dennis Truong ("Truong") (collectively "Defendants") submitted by Plaintiff CNC Software, Inc. ("CNC" or "Plaintiff"), issued its Order dated March 24, 2020, and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. CNC is the owner of the following valid and enforceable U.S. copyright registrations (collectively "Mastercam® software"):

   a. U.S. Copyright Registration number TX 000-740-3804 titled "Mastercam X5," issued on June 23, 2011;

   b. U.S. Copyright Registration number TXu 001-832-859 titled Mastercam X6," issued on May 22, 2012;

   c. U.S. Copyright Registration number TX 000-792-3706 titled "Mastercam X7," issued on August 27, 2013;

   d. U.S. Copyright Registration number TX 000-805-1551 titled "Mastercam X8," issued on November 28, 2011;

   e. U.S. Copyright Registration number TX 000-811-8373 titled "Mastercam X9," issued on July 30, 2015;

   f. U.S. Copyright Registration number TX 000-847-5949 titled "Mastercam X10," issued on September 30, 2016;

   g. U.S. Copyright Registration number TX 000-856-1629 titled "Mastercam 2017," issued on February 23, 2016;

   h. U.S. Copyright Registration number TX 000-846-9597 titled "Mastercam 2018," issued on October 23, 2017; and

   i. U.S. Copyright Registration number TXu 002-071-315 titled "Mastercam 2019," issued on November 1, 2017.

2. Defendants engaged in the illegal copying, distribution, and use of pirated Mastercam® software for numerous years and ignored CNC's numerous cease and desist

demands.

3. Default Judgment is GRANTED and ENTERED against Defendants pursuant to the prayer of the Complaint on each of Plaintiff's claims as set forth in the Complaint, including its claims for (i) willful copyright infringement of the Mastercam® software in violation of 17 U.S.C. § 501; and (ii) contributory and vicarious copyright infringement of the Mastercam® software.

4. Defendants, their officers, agents, servants, employees and representatives and all other persons, firms or corporations in active concert or participation with them are hereby enjoined, restrained, and prohibited from:

    a. copying, producing, downloading, distributing or otherwise using any software that is substantially similar to CNC's copyrighted Mastercam® software; and

    b. engaging in any other activity constituting an infringement of CNC's Mastercam® software copyrights;

5. Pursuant to the Copyright Act, 17 U.S.C. § 503, and the equitable powers of this Court, Defendants are ordered to both (1) delete all infringing software from their computers and file with the Clerk of this Court and (2) serve CNC, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the foregoing injunction **within thirty (30) days**.

6. Defendants are liable to Plaintiff in the amount of $336,416.00 in actual damages, plus post judgment interest calculated in accordance with 28 U.S.C. § 1961(a), as a result of the Defendants' willful copyright infringement of CNC's Mastercam® software pursuant to 17 U.S.C. § 504(c).

7. Defendants are liable to Plaintiff in the amount of $11,105.41 for Plaintiff's attorneys' fees and costs incurred pursuant to 17 U.S.C. § 505 and Local Rule 55-3.

8. Defendants are liable to Plaintiff in the amount of $15,898.44 for Plaintiff's attorneys' fees and costs incurred pursuant to the court's April 25, 2022 Order regarding

contempt.

**IT IS SO ORDERED.**

DATED: May 16, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE